# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 6:13-cv-00738-LED |
| v. ) ) | Hon. Leonard E. Davis |
| MICROSOFT CORP., ) ) | |
| Defendant. ) ) ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Microsoft Corporation ("Microsoft") respectfully submits this notice to call the attention of the Court to *Atlantic Marine Constr. Co., Inc. v. U.S. Dist. Court for the Western Dist. of Texas*, No. 12–929, --- U.S. ---, --- S. Ct. ---, 2013 WL 6231157 (Dec. 3, 2013), newly-issued supplemental authority relevant to Microsoft's pending motion to dismiss or transfer and attached hereto as Exhibit A.

Dated:  December 6, 2013

Respectfully submitted,

*/s/ Richard A. Cederoth*
*(with permission by Jennifer P. Ainsworth)*
Richard A. Cederoth
rcederoth@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois  60603
Telephone:  312-853-7000
Facsimile:  312-853-7036

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on December 6, 2013.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth